UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| SHAWN L. ROBINSON ) | |
| ) | |
| V. ) | C.A. No. 14-50L |
| ) | |
| ASHBEL T. WALL, II ) | |

O R D E R

There being no objection to the Report and Recommendation of Magistrate Judge Lincoln D. Almond, dated December 3, 2014, recommending that the State's unopposed Motion to Dismiss this Petition be granted and that this Petition be dismissed without prejudice, is accepted and adopted pursuant to 28 U.S.C. § 636(b)(1)(B).

Therefore, this Petition is dismissed.

ENTER:

/s/Ronald R. Lagueux
Ronald R. Lagueux
Senior U.S. District Judge
February 26, 2015